169 A.3d 973

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. JOSEPH JOHNSON, DEFENDANT-PETITIONER.

June 2, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–4711–13 and A–2754–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.